UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYRSTEN STANFORD,<br>       Plaintiff,<br><br>   v.<br><br>AZZUR GROUP, LLC, *d/b/a* COBALT, LLC,<br>       Defendant. | :<br>:<br>:<br>:  No. 5:23-cv-03017<br>:<br>:<br>: |

# O R D E R

**AND NOW**, this 4th day of March, 2024, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendant Azzur Group, LLC's Motion to Compel Arbitration, ECF No. 9, is **GRANTED in part and DENIED in part**, as follows:

    a. Azzur's request to compel Stanford to submit her claims to arbitration is **GRANTED**; and

    b. Azzur's request for court-awarded attorney's fees and costs is **DENIED**.

2. **Within forty-five (45) days of the date of this Order**, Plaintiff Stanford **SHALL** submit her claims against Azzur to binding arbitration in accordance with the arbitration provisions outlined in the employment Agreement.

3. The above-captioned action is **STAYED** pending resolution of the arbitration proceedings.

4. Counsel for Plaintiff shall submit a status report to the Court on **the first day of each month, commencing on May 1, 2024,** to report on the status of the arbitration proceedings, including but not limited to the filing of a claim, the date scheduled for arbitration, and the outcome of any completed arbitration.

5. **Within thirty (30) days of the completion of the arbitration proceeding**, both parties are directed to notify the Court that the arbitration has concluded and that the stay in the above-captioned action may be lifted.

                                        BY THE COURT:

                                        */s/ Joseph F. Leeson, Jr.*
                                        JOSEPH F. LEESON, JR.
                                        United States District Judge